THE HON. WILLIAM T. PIGOTT, ⎫
⎬ Associate Justices.
THE HON. GEORGE R. MILBURN, ⎭

## IN RE WELLCOME.

(No. 1,401.)

(Submitted March 6, 1901. Decided March 8, 1901.)

*Disbarred Attorney—Reinstatement.*

The mere petition of attorneys and others for the reinstatement of a disbarred attorney will not be considered, such attorney not being before the Court in person or by petition by him subscribed, asking for reinstatement, and giving his reasons therefor.

PETITIONS of W. Y. Pemberton and William Scallon, Esqs., and Walter Cooper et al. for the reinstatement of John B. Wellcome as a member of the bar of the Supreme Court of the State of Montana.

### ORDER PER CURIAM.

Under no practice known to this Court, or to any other court, so far as this Court is advised, can the mere petitions of attorneys and others for the reinstatement of a disbarred attorney be considered.

Said John B. Wellcome not being before this Court in person, or by his petition by him subscribed, asking for reinstatement, and giving his reasons therefor, there is nothing which this Court can entertain; and therefore it is ordered:

That said petitions of said attorneys and others be not considered.

Mr. Justice Pigott is of the further opinion that the petitions or memorials are frivolous, state no reason why said Wellcome should be admitted to the bar, have no place among the papers or records of this Court, and should, therefore, be stricken from the files.